AMERICAN SMELTING & REFINING CO. *v.*
COUNTY OF CONTRA COSTA ET AL.

No. 656.   Decided January 12, 1970

*Valentine Brookes, Alexander J. Gillespie, Jr., C. Rudolf Peterson,* and *George W. Beatty* for appellant.

*John B. Clausen* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

LOCAL 1497, NATIONAL FEDERATION OF
FEDERAL EMPLOYEES, ET AL. *v.* CITY
AND COUNTY OF DENVER ET AL.

No. 703.   Decided January 12, 1970

*George Louis Creamer* for appellants.

*Max P. Zall* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.